UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | |
| | -CR-    (   ) (   ) |
| JUSTTIN HAYWOOD | 20mj7078 |
| Defendant(s). | |

-----------------------------------------------------------------X

Defendant ___Justtin Haywood_____ hereby voluntarily consents to participate in the following proceeding via _x__ videoconferencing or _x__ teleconferencing:

_x_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_/s Justtin Haywood_____                    _____
Defendant's Signature                                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Justtin Haywood_____                    ___Jason Ser_____
Print Defendant's Name                                              Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_7/9/2020_____                    _____
Date                                                                          U.S. District Judge/U.S. Magistrate Judge