**UNITED STATES DISTRICT COURT**
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  May 25, 2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

                Plaintiff          **SCHEDULING ORDER**

    -against-

                                  7:20-mj-07078

Justtin Kenyotta Haywood
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a waiver of indictment/arraignment on information for 6/3/2021 at 11 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739.  Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  5/25/2021
        White Plains, New York

                                                 SO ORDERED:

                                                 s/       PED

                                                 PAUL E. DAVISON
                                                 United States Magistrate Judge